# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00288-CV

**In re DTG Operations, Inc.**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator has filed a motion for emergency relief and a petition for writ of mandamus. *See* Tex. R. App. P. 52.8, 52.10.  We deny the petition for writ of mandamus and overrule the motion for emergency relief.

David Puryear, Justice

Before Justices Puryear, Pemberton and Waldrop

Filed:   May 15, 2007